UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jose David Quezada
_____
_____
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

DET. KRESHNIK BAKRAQI of NARCBBX. Shield# 1547
PO. THOMAS DEMKIW of NARCBBX. Shield# 025767
DET. KELVIN GLOVER of NARCBBX. Shield# 1988
46th pct. County of Bronx
State of New York
_____
_____
_____
_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

RECEIVED
SDNY PRO SE OFFICE
2015 DEC 29 AM 9:01

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☒ Yes ☐ No
*(check one)*

15 CV 10105

I.  **Parties in this complaint:**

A.  List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name  Jose David Quezada
             ID #  15A2285
             Current Institution  Franklin Correction Facility
             Address  62 Bare Hill Road P.O. Box 10 Malone, NY 12953

B.  List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name DET. KRESHNIK BAKRAQI of NARCBBX.    Shield # 1547
                   Where Currently Employed POLICE DEPARTMENT CITY of NEW YORK
                   Address 46th pct. County of the Bronx, State of New York

Defendant No. 2    Name PO. THOMAS DEMKIW of NARCBBX.    Shield # 025767
                   Where Currently Employed POLICE DEPARTMENT CITY of NEW YORK
                   Address 46th pct. County of the Bronx State of New York

Defendant No. 3    Name DET. KELVIN GLOVER of NARCBBX.    Shield # 1988
                   Where Currently Employed POLICE DEPARTMENT CITY of NEW YORK
                   Address 46th pct. County of the Bronx State of New York

Defendant No.      Name _____    Shield # _____
                   Where Currently Employed _____
                   Address _____

II.   **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur?

B.   Where in the institution did the events giving rise to your claim(s) occur?

C.   What date and approximate time did the events giving rise to your claim(s) occur?

*Rev. 05/2010*                                2

D. Facts: My Constitution Rights Were Violated. Docket# 2013BX004104 (see attached) Defendant No.1 DET. KRESHNIK BAKRAQI of NARCBBX Shield# 1547 Stated that on or about January 19,2013 at approximately 11:24 AM at opposite of 324 E. Tremont Avenue County of the Bronx, State of New York I the Plaintiff Jose David Quezada Committed the Offenses of: Criminal Sale Of Controlled Substance 3, Criminal Possession Of Controlled Substance 3, Criminal Possession Of Controlled Substance in the Seventh. Defendant No.2 PO. THOMAS DEMKIW of NARCBBX Shield# 025767 Stated he Observed I the Plaintiff Jose David Quezada hand Separately Apprehended William Davis (Arrest# B13604845) a Small Object.

*What happened to you?*

*Who did what?*

Defendant No.3 DET. KELVIN GLOVER of NARCBBX Shield# 1988 Stated he Observed I the Plaintiff Jose David Quezada Have On His Person One(1) Orange Filmy Substance, Including in the Recognition Of Controlled Substance, and its Packaging, the Substance is Believed to be Crack/Cocaine. All in Which Lead I the Plaintiff Jose David Quezada to be Wrongfully arrested, and Deprived Of My Human and Constitutional Rights. An William Davis (Arrest# B13604845).

*Was anyone else involved?*

Jenny. At the time of this Incident Was an Girlfriend.

*Who else saw what happened?*

III. **Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I the Plaintiff Jose David Quezada Sustained both Phycological and Physical Injuries as well as Deprived My Medication both at the Police Station and at county Jail. I have Suffered Great Emotionally When I Have Lost an Sick Family Member, Lost My Partnership With My Girlfriend, and Lost My Start Of an Job.

IV. **Exhaustion of Administrative Remedies:**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, other correctional facility?   Yes ___   No XX

*Rev. 05/2010*                                                          3

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).   None. I Was Not Incarcerated.

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____   No XX   Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____   No XX   Do Not Know ____

If YES, which claim(s)? NO

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____   No XX

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____   No XX

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? NO

1. Which claim(s) in this complaint did you grieve? NO

2. What was the result, if any? NO

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. I Was Not Incarcerated. The Incident Did Not Happen In Prison.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: The Incident Did Not Occur In Prison.

2. If you did not file a grievance but informed any officials of your claim, state who you informed,

*Rev. 05/2010*                                                4

when and how, and their response, if any: __NO__

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. __This Incident Did Not Occur While I was Jail.__

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I the Plaintiff Jose David Quezada Am Asking the Court to Settle Monetary Compensation in the Amount Of: $175.554 Dollors, And the Basis For Such Amount Are As Followed, 1. My 1st Amendment: Freedom Of Speech, Religion, Press, Assembly And the Right to Petition the Goverment to Correct Injustices. 2. 4th Amendment: Freedom From Unreasonable Searches Conducted Without an Warrent were Violated. 3. My 5th Amendment: Right Not to be Deprived Of Life, Liberty, Property Without Due Process Of Law Were Broken. 4. My 14 Amendment: Deny to Any Person the Equal Protection Of the Law Was Not Met.

VI. Previous lawsuits:

On these claims

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___ No XX

Rev. 05/2010                                                5

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

   1. Parties to the previous lawsuit:

   Plaintiff _____

   Defendants _____

   2. Court (if federal court, name the district; if state court, name the county) _____

   3. Docket or Index number _____

   4. Name of Judge assigned to your case _____

   5. Approximate date of filing lawsuit _____

   6. Is the case still pending? Yes ____ No ____

      If NO, give the approximate date of disposition _____

   7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

**On other claims**

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment? Yes _XX_ No ____

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

   1. Parties to the previous lawsuit:

   Plaintiff  Jose David Quezada

   Defendants _____

   2. Court (if federal court, name the district; if state court, name the county)  United States District Court Southern District of New York

   3. Docket or Index number  I dont have my paperwork to provide you the cite number.

   4. Name of Judge assigned to your case  I dont have my paperwork to provide you cite #.

   5. Approximate date of filing lawsuit  I dont have my paperwork to provide you cite #

   6. Is the case still pending? Yes ____ No _XX_

      If NO, give the approximate date of disposition  I dont have my paperwork for cite number.

   7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?)  The case was dismissed.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 15th day of December, 2015.

      Signature of Plaintiff  *Jose David Quezada*

      Inmate Number    15A2285

      Institution Address   Franklin Correction Facility

                 62 Bare Hill Road P.O Box 10

                 Malone, NY 12953

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 15th day of December, 2015, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

      Signature of Plaintiff: *Jose David Quezada*

               *Carolyn St Denis*
              CAROLYN ST DENIS
          NOTARY PUBLIC, STATE OF NEW YORK
           QUALIFIED IN FRANKLIN COUNTY
             NO. 01ST6049154
          COMMISSION EXPIRES OCT. 10, 2018

```
                                        Fax: 17186537373        Jan 24 2013 10:16pm  P001/002
```

CRIMINAL COURT OF THE CITY OF NEW YORK
BRONX COUNTY

| THE PEOPLE OF THE STATE OF NEW YORK |
| v. |
| 1.  DAVID QUEZADA M/33 |
|     a.k.a. DEE |
|     Arrest# B13604851 |
|                    Defendant |

STATE OF NEW YORK

COUNTY OF THE BRONX   **2013BX004104**



DET KRESHNIK BAKRAQI of NARCBBX, Shield# 1547, states that on or about January 19, 2013 at approximately 11:24 AM at Opposite of 324 E Tremont Avenue, County of the Bronx, State of New York,

THE DEFENDANT COMMITTED THE OFFENSES OF:
1 (F) P.L. 220.39(1)     Criminal Sale of a Controlled Substance 3^ DQO
2 (F) P.L. 220.16(1)     Criminal Possession of a Controlled Substance 3^ DQO
3 (M) P.L. 220.03        Criminal possession of a controlled substance in the seventh degree DQO

IN THAT THE DEFENDANT DID: knowingly and unlawfully sell a narcotic drug; knowingly and unlawfully possess a narcotic drug with intent to sell it and knowingly and unlawfully possesses a controlled substance.

THE GROUNDS FOR THE DEPONENT'S BELIEF ARE AS FOLLOWS:

Deponent is informed by PO THOMAS DEMKIW of NARCBBX, Shield# 025767, that at the above time and place, he observed defendant hand separately apprehended WILLIAM DAVIS (Arrest # B13604854) a small object, which he further observed separately apprehended DAVIS place in his front coin pocket.

Deponent is further informed by informant that he observed separately apprehended DAVIS to have on his person, in his front coin pocket, two (2) clear plastic bags, each containing a white rock-like substance.

Deponent is informed by Det. Kelvin Glover of NARCBBX, Shield # 1988, that he observed the defendant to have on his person, one (1) orange filmy substance.

Deponent states, that based upon deponent's training and experience, which



includes training in the recognition of controlled substance, and its packaging, the aforementioned substance is alleged and believed to be CRACK/COCAINE and SUBOXONE.

FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE
AS A CLASS A MISDEMEANOR PURSUANT TO P.L. 210.45

01/19/13  21:15          Det. [signature]
DATE and TIME              SIGNATURE

## Arrest/Charge Information
Arrest Date: January 19, 2013 11:24 am (11:24:00)

| | |
|---|---|
| Fax Number: | B3406 |
| Place of Arrest: | NYCPD 46 |
| Arrest Type: | Unknown |
| Date of Crime: | January 19, 2013 |
| Place of Crime: | Bronx County, NY |
| Criminal Justice Tracking No.: | 65867376J |
| Arresting Agency: | NYCPD PCT 046 |
| Arresting Officer ID: | 938016 |
| Arrest Number: | B13604851 |
| Arraignment: | Bronx County Criminal Court |

**Arrest Charges:**

-- Criminal Sale Controlled Substance-3rd:Stimulant/Hallucinogen/LSD
  PL 220.39    Sub 02    Class B    Felony    Degree 3    NCIC 3599

-- Criminal Possession Controlled Substance- 7th Degree
  PL 220.03          Class A    Misdemeanor    Degree 7    NCIC 3599


## Court Case Information

--Court: Bronx County Criminal Court    Case Number: 2013BX004104

January 20, 2013
**Initial Report Of Docket Number**

January 20, 2013
**Arraigned**
  -- Criminal Possession Contr Sub-3rd:Narc Drug Intent To Sell
    PL 220.16    Sub 01    Class B    Felony        NCIC 3599

  -- Criminal Sale Controlled Substance-3rd:Stimulant/Hallucinogen/LSD
    PL 220.39    Sub 02    Class B    Felony        NCIC 3599

  -- Criminal Possession Controlled Substance- 7th Degree
    PL 220.03          Class A    Misdemeanor        NCIC 3599


May 01, 2013
**Dismissed**
  -- Criminal Possession Contr Sub-3rd:Narc Drug Intent To Sell
    PL 220.16    Sub 01    Class B    Felony        NCIC 3599

  -- Criminal Sale Controlled Substance-3rd:Stimulant/Hallucinogen/LSD
    PL 220.39    Sub 02    Class B    Felony        NCIC 3599

  -- Criminal Possession Controlled Substance- 7th Degree
    PL 220.03          Class A    Misdemeanor        NCIC 3599

July 26, 2013
Sealed Upon Termination Of Criminal Action In Favor Of The Accused CPL160.50

### ❦ Cycle 30 ❦

## Arrest/Charge Information
Arrest Date: December 07, 2012 05:33 pm (17:33:00)

| | |
|---|---|
| Fax Number: | Q56263 |
| Place of Arrest: | NYCPD 105 |
| Arrest Type: | Unknown |
| Date of Crime: | December 07, 2012 |
| Place of Crime: | NYCPD 105 |
| Criminal Justice Tracking No.: | 65802162M |
| Arresting Agency: | NYCPD PCT 105 |
| Arresting Officer ID: | 949368 |
| Arrest Number: | Q12667708 |
| Arraignment: | Queens County Criminal Court |

**Arrest Charges:**

-- Gr Larceny-4: Anhydrous Ammonia/Liquified Ammonia Gas-Manufacture Meth
  PL 155.30    Sub 11    Class E    Felony    Degree 4    NCIC 2399

## Court Case Information

--Court: Queens County Criminal Court    Case Number: 2012QN063555

December 08, 2012
 Initial Report Of Docket Number

December 08, 2012
 Arraigned
  -- Petit Larceny
    PL 155.25    Class A    Misdemeanor    NCIC 2399

  -- Criminal Possession Stolen Property-5th Degree
    PL 165.40    Class A    Misdemeanor    NCIC 2804

December 08, 2012
 Convicted Upon Plea Of Guilty - Conviction Date: December 08, 2012
  -- Petit Larceny
    PL 155.25    Class A    Misdemeanor    NCIC 2399

     In Full Satisfaction of:
     -- Criminal Possession Stolen Property-5th Degree
       PL 165.40    Class A    Misdemeanor    NCIC 2804



Proceedings

COURT OFFICER: This is case number 50 on the calendar, David Conrad.

MR. GRZIBAN: Seth Grziman.

MS. PAXOS: Ana Lena Paxos for the People.

People's offer is a 240.20 and a conditional discharge.

MR. GRZIBAN: That's problematic. I informed the Court the last time that he had been arrested and was incarcerated, from what I understand, in Westchester County. The People have not filed a corroborating —

THE COURT: Yes, there is no supporting deposition. I do have that he is in Westchester.

I hereby certify that the foregoing is true and correct

Case 1:15-cv-10105-VEC-BCM   Document 2   Filed 12/29/15   Page 14 of 17

of NARCBBX. Shield# 1547
PO. THOMAS DEMKIW of NARCBBX. Shield# 025767
DET. KELVIN GLOVER of NARCBBX. Shield# 1988
46th pct. County of Bronx
State of New York

## **AFFIDAVIT OF SERVICE**

**NAME OF DOCUMENT:(s)** COMPLAINT under the Civil Rights Act, 42 U.S.C §:1983

STATE OF NEW YORK)
COUNTY OF FRANKLIN) SS.:

I, Jose David Quezada, being duly sworn, deposes and says:

That I have on this 18th day of December, 2015 placed and submitted the within copies of the document(s) or moving papers indicated above, to be duly mailed via the United States Postal Service, through the institutional mail-room at Franklin Correctional Facility, Malone, New York 12953 to be mailed to the following addresses;

```
         U.S District Court
         Southern District N.Y
    Daniel Patrick Moynihan  U.S Courthouse
             500 Pearl St.
         N.Y, N.Y  10007-1312
           Clerk of the Court
```

Respectfully submitted,

SWORN TO BEFORE ME THIS

18 DAY OF December, 20 15

_/s/ Lisa Hopkinson_
NOTARY PUBLIC

LISA HOPKINSON
Notary Public, State of New York
No. 01HO6079533
Qualified in Franklin County
Commission Expires October 13, 2018

_/s/ Jose David Quezada_

Franklin Correctional Facility
62 Bare Hill Road, P.O. Box 10
Malone, New York 12953

FRANKLIN CORRECTIONAL FACILITY
P.O. BOX 10, 62 BARE HILL ROAD
MALONE, NEW YORK 12953

NAME: Jose David Quezada    DIN: 15A2285

neopost
12/21/2015
US POSTAGE $00.64
ZIP 12953
041L11251101

FRANKLIN
CORRECTIONAL FACILITY

Pro-se
JAB
12/28/15

To: U.S District Court
**Southern District N.Y**
Daniel Patrick Moynihan U.S Courthouse
500 Pearl st.
N.Y, N.Y 10007-1312
Clerk of the Court

USM P3
SDNY

Legal Mail

RECEIVED
SDNY PRO SE OFFICE
2015 DEC 29 AM 9:02

legal mail